UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HYMEL VARNADO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JAMES LEBLANC et al ) <br> ) <br> Defendant. ) | Docket No13-cv-00348-JWD-SCR |

**MOTION FOR ORAL ARGUMENT**
**ON PLAINTIFF'S MOTION TO CONSOLIDATE**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Hymel Varnado, who respectfully requests oral argument on Plaintiff's *Motion to Consolidate*. (R. Doc. 107) in accordance with Rule 42 of the Federal Rules of Civil Procedure and Local Rule 78(b). In support of the Motion, Plaintiff respectfully states as follows:

1.

Plaintiffs filed a *Motion to Consolidate* and *Memorandum in Support* (R. Doc. 107) on November 30, 2015.

2.

Plaintiff's Counsel has moved to have the following cases consolidated into one action: (1) *Hymel Varnado v. Kenneth Norris et al.* (M.D. La. Case No. 3:13-cv-00348 -JWD-SCR) (2) *Kenneth F. Lesley v. N. Burl Cain et al.* (M.D. La. Case No. 3:13-cv-00490-JWD-SCR) (3) *Wayne Fritz v. N. Burl Cain et al.* (M.D. La. Case No. 3:13-cv-00556-JWD-SCR) (4) *Donald*

*Thomas v. N. Burl Cain et al.* (M.D. La. Case No. 3:13-cv-00673-JWD-SCR) according to the Rules of Federal Procedure and local rules of the Middle District of Louisiana.

3.

Oral argument will be helpful to the Court in ruling on the Motion for reasons stated in the accompanying memorandum and to resolve any pending hurdles regarding consolidation as raised in the last status conference with all parties on November 3, 2015.

WHEREFORE, considering the foregoing Motion to Consolidate, Plaintiff respectfully requests oral argument on the *Motion to Consolidate*.

Respectfully submitted,

 */s/ John Adcock*
JOHN ADCOCK
Louisiana Bar No. 30372
P.O. Box 750621
New Orleans, LA 70175
Tel: (504) 233-3125
Fax: (504) 308-1266
Email:  jnadcock@gmail.com


 */s/ Zachary Delerno*
ZACHARY DELERNO
Louisiana Bar No. 35749
Zachary J. Delerno & Associates, LLC
2817 Harvard Avenue, Suite 209
Metairie, LA, 70006
Tel: (504)-654-0517
Fax: (504)-613-6380 Email:
delerno.attorney@gmail.com

3

**CERTIFICATE OF SERVICE**

 I certify that on December 8, 2015, a copy of Plaintiff's *Motion for Oral Argument on Plaintiff's Motion to Consolidate* was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

             /s/Zachary J. Delerno_____
             Zachary Delerno