UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HYMEL VARNADO, | ) |
| Plaintiffs, | ) |
| v. | ) Docket No13-cv-00348-JWD-SCR |
| JAMES LEBLANC et al | ) |
| Defendant. | ) |

**MEMORANDUM IN SUPPORT OF MOTION**
**FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION TO CONSOLIDATE**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Hymel Varnado, Kenneth Lesley, Wayne Fritz, and Donald Thomas, who respectfully requests oral argument in support of Plaintiff's *Motion to Consolidate* (R. Doc. 107) in accordance with Rule 42 of the Federal Rules of Civil Procedure and Local Rule 78(b).

In support of the Motion, Plaintiff respectfully submits the following:

**INTRODUCTION**

Counsel of record for all parties related to *Plaintiff's Motion to Consolidate* (R. Doc. 107), joined for a status conference on November 3, 2015. Defense Counsel raised objections to consolidating the referenced cases.

The Court directed the parties to file respective motions regarding the issue of consolidation.

Plaintiff's filed their *Motion to Consolidate and Memorandum In Support* on November 30, 2015. A Briefing Schedule regarding the *Motion to Consolidate* was given on December 1, 2015, which outlined response dates and page limits for subsequent opposition motions.

Oral arguments presented before the court will assist the court in deciding whether these cases should be consolidated.

WHEREFORE, Plaintiffs respectfully requests oral argument on Plaintiff's *Motion to Consolidate*.

Respectfully submitted,

 /s/ John Adcock
JOHN ADCOCK
Louisiana Bar No. 30372
P.O. Box 750621
New Orleans, LA 70175
Tel: (504) 233-3125
Fax: (504) 308-1266
Email:  jnadcock@gmail.com


 /s/ Zachary Delerno
ZACHARY DELERNO
Louisiana Bar No. 35749
Zachary J. Delerno & Associates, LLC
2817 Harvard Avenue, Suite 209
Metairie, LA, 70006
Tel: (504)-654-0517
Fax: (504)-613-6380
Email:  delerno.attorney@gmail.com

## CERTIFICATE OF SERVICE

I certify that on December 8, 2015, a copy of Plaintiff's *Motion for Oral Argument on Plaintiff's Motion to Consolidate* was filed electronically with the Clerk of Court via the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                    */s/Zachary J. Delerno*
                                                     Zachary Delerno