**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| HYMEL VARNADO,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES LEBLANC et al<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Docket No13-cv-00348-JWD-SCR<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Considering the foregoing *Motion for Oral Argument On Plaintiff's Motion to Consolidate*

IT IS ORDERED, that oral argument on the *Motion to Consolidate* (R. Doc. 107) will be held on the _____ day of _____ 20_____.

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**