UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
December 17, **2015**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

**HYMEL VARNADO (#333068)**

**VERSUS**

**KENNETH NORRIS, ET AL**

CIVIL ACTION

NO. 13-348-JWD-SCR

The matter came on this day for an unscheduled status conference.

PRESENT WERE:   John Nelson Adcock
*Counsel for Plaintiff*

Andrew Blanchfield
*Counsel for Defendant*

The Court advised the parties that Motion for Leave to exceed the 20 page limit mandated by L.R. 7(g) to file the attached Memorandum In Support of Motion for Preliminary Injunction by Hymel Varnado (Doc. 113) had been granted earlier this morning.

The Court sets Plaintiff's Motion for Preliminary Injunction (Doc. 117) for oral argument on **Thursday, January 7, 2016,** at **9:00 AM** in courtroom 1 before the undersigned.   Counsel for the Plaintiff shall file the appropriate motion to have the Plaintiff present for this hearing.

The parties have 10 days from the date of this conference to file position papers as to the Motion.

The pending motion for consolidation (Doc. 107) was then also discussed.   The parties have 14 days to brief the Court on this motion.

Signed in Baton Rouge, Louisiana, on <u>December 18, 2015</u>.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

Cv 36; T: 0:30
In Chambers