# Wagih Mando, M.D., FACS., LLC

*General & Vascular Surgery*

*Certified by the American Board of Surgery & Fellow of the American College of Surgeons*

# Invoice

December 7, 2015

Mr. William Most

| Description | Credit | Amount |
| --- | --- | --- |
| Travelling to Angola Prison and back. Medical examination of Client (Prisoner/patient) Approximately 6 hours. | | $1,000.00 |
| Writing full report | | $200.00 |
| Total | | $ 1,200.00 |
| | Pay this amount | $ 1,200.00 |

200 W. Esplanade, suite 410. Kenner, LA 70065. Tel. 504-464-8619. FAX 504-464-8769

www.drmando.com