UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HYMEL VARNADO, | ) <br> ) <br> ) |
| Plaintiff, | ) |
| v. | ) |
| | )   Docket No. 3:13-cv-348-JJB-EWD |
| JAMES LEBLANC, *et al*. | ) <br> ) |
| Defendants, | ) <br> ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR ORAL ARGUMENT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, who respectfully requests oral argument on Plaintiff and Defendants' cross-motions for summary judgment. Because the cross-motions for summary judgment here are nearly identical to those filed at the same time in the previously-consolidated cases, Plaintiff proposes that oral argument for all occur at one combined hearing. The dates of October 5, 18, 19, 24, and 26 work for both Plaintiff and Defendants' counsel.

**MEMORANDUM IN SUPPORT**

On September 2, 2016, Plaintiffs filed four nearly identical motions for summary judgment in this and three related cases that had all previously been consolidated for discovery. (*Varnado*, 13-cv-348, R. Doc. 194; *Lesley*, 13-cv-490, R. Doc. 60; *Thomas*, 13-cv-673, R. Doc. 68; *Fritz*, 13-cv-556, R. Doc. 93.)  In response, Defendants filed four nearly identical oppositions to Plaintiff's motions.

Also on September 2, 2016, Defendants filed four nearly identical motions for summary judgment in those four cases. (*Varnado*, 13-cv-348, R. Doc. 191; *Lesley*, 13-cv-490, R. Doc. 59; *Thomas*, 13-cv-673, R. Doc. 67; *Fritz*, 13-cv-556, R. Doc. 92.) In response, Plaintiffs filed four nearly identical oppositions.

1

Local Rule 78 (b) states that "Oral argument shall be allowed only when ordered by the Court."

Here, the eight motions for summary judgment present important issues regarding the intersection of the Eighth Amendment and the Americans with Disabilities Act in Louisiana's largest prison. Oral argument will assist the court in deciding these and other issues addressed in the motions.

Since the legal issues are identical in the cross-motions for summary judgment, a combined hearing date would conserve the Court's and the parties' resources. Additionally, since trial in *Varnado,* 13-cv-348, is scheduled for December 12, 2016, a hearing date in the near future might be advisable. Plaintiffs' and Defendants' counsel have conferred, and the dates of October 5, 18, 19, 24, and 26 work for all parties. Defendants do not oppose this motion.

WHEREFORE, Plaintiff respectfully requests oral argument on the pending cross-motions for summary judgment.

Respectfully submitted,

 /s/ Zachary Delerno  
ZACHARY DELERNO  
Louisiana Bar No. 35749  
Zachary J. Delerno & Associates, LLC  
2817 Harvard Avenue, Suite 209  
Metairie, LA, 70006  
Tel: (504)-654-0517  
Fax: (504)-613-6380  
Email: delerno.attorney@gmail.com

 /s/ John Adcock  
JOHN ADCOCK  
Louisiana Bar No. 30372  
P.O. Box 750621  
New Orleans, LA 70175  
Tel: (504) 233-3125  
Fax: (504) 308-1266  
Email: jnadcock@gmail.com

/s/ Soren Gisleson  
SOREN GISLESON  
Louisiana Bar No. 26302  
820 O'Keefe Ave. # 100  
New Orleans, LA 70113  
Tel: (504) 581-4892  
Email: sgisleson@hhklawfirm.com

 /s/ William Most  
WILLIAM MOST  
Louisiana Bar No. 36914  
637 Kerlerec Street  
New Orleans, LA 70116  
Tel: (650) 465-5023  
Email: williammost@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2016, a copy of the Plaintiff's *Motion for Oral Argument and Memorandum in Support* was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

             _/s/William Most_____

             William Most