UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HYMEL VARNADO

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

NO. 13-348-JJB

### ORDER

IT IS ORDERED that the motion (doc. 212) for oral argument is DENIED at this time.

The court will notify counsel if it feels that oral argument would be beneficial in this case.

Signed in Baton Rouge, Louisiana, on September 29, 2016.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**